FILED
CLERK, U.S. DISTRICT COURT

7 2015

CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07-00862-MWF |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| v. | |
| Lee Donald Thomson, | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (X) the appearance of defendant as required; and/or

(B) (X) the safety of any person or the community.

//
//

The court concludes:

A. (X) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

conditions can be imposed to ensure safety, in light of the nature of the allegations against him and his criminal history

(B) (X) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

conditions can be imposed to ensure appearance, in light of his failure to report to the probation office for an extended period of time

IT IS ORDERED that defendant be detained.

DATED: May 7, 2019

_____
JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE

2